**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN FREDERICK and BARBARA FREDERICK, his wife, | ) CIVIL DIVISION |
| | ) |
| | ) No: 05-514 |
| Plaintiffs, | ) |
| | ) The Honorable Donetta W. Ambrose |
| | ) |
| vs. | ) ELECTRONICALLY FILED |
| | ) |
| ELIAS HANNA, JOHN JOHNSON, MANOR BOROUGH, OFFICER STEFFEY, PENN TOWNSHIP, JOHN DOE A, JOHN DOE B, MUNICIPALITY A AND MUNICIPALITY B, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2005,

upon consideration of the Motion to Set Aside Entry of Default filed by Elias Hanna, John

Johnson and Manor Borough, IT is hereby ORDERED, ADJUDGED and DECREED that the

same is GRANTED.

It is further ORDERED that Defendants shall file an Answer to Plaintiffs' Complaint on

or before August 12, 2005.

BY THE COURT:

*8/10/05
denied as moot. By way of Doc. No. 8, plaintiff was
requested to seek default by 8-5-05 and did
not. Defendant will*

_____
Donetta W. Ambrose, United States District Judge

*file a responsive pleading by 8-12-05.*

*Donetta F. Ambrose*

\12_A\LIAB\FDK\LL.PG\376820\JSL\05126\00114 ·